FILED

07 NOV 21 PM 2: 13

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *PDL*           DEPUTY

GUILLERMO MARRERO (Bar No. 099056)
(gmarrero@ipglaw.com)
JOSHUA J. RICHMAN (Bar No. 243147)
(jrichman@ipglaw.com)
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California 92101
Tel (619) 515-1480
Fax (619) 515-1481

Attorneys for Defendant
SEA WORLD, INC.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2227 WQH (POR)

| | |
|---|---|
| ADAM CANTER,<br><br>Plaintiff,<br><br>v.<br><br>SEA WORLD, INC.,<br><br>Defendant. | CASE NO.<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant SEA WORLD, INC. ("Defendant"), hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§1441 and 1446 and Federal Rule of Civil Procedure §81(c).

1.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2.     On September 26, 2007, an action was commenced by Plaintiff Adam Canter ("Plaintiff") by his filing a complaint in the Superior Court of the State of California, County of San Diego, entitled *Adam Canter v. Sea World, Inc.* (Case No. 37-2007-00075694-CU-PO-CTL) (the "Complaint").

3.     The first date upon which Defendant received a copy of the Complaint was

-1-

INTERNATIONAL
PRACTICE GROUP

1   October 3, 2007, when Defendant was served with a summons (the "Summons") and a copy of

2   the Complaint. A copy of the Summons and Complaint is attached hereto as Exhibit A.

3       4.    Defendant was at all times relevant to the Complaint, and still is, a corporation

4   incorporated under the laws of the State of Delaware. Defendant's principal place of business is

5   in the State of Florida. (Declaration of Joshua J. Richman ("Richman Decl.") ¶ 2.) Defendant is

6   therefore not a citizen of the State of California.

7       5.    Defendant is informed and believes that Plaintiff was at all times relevant to the

8   Complaint, and still is, a citizen of the State of California.

9       6.    At the time the Complaint was filed, removability was uncertain because the

10  Complaint does not allege an amount in controversy (See Exhibit A, Complaint.) On October 15,

11  2007, and pursuant to California Code of Civil Procedure §425.11, counsel for Defendant caused

12  to be served on Plaintiff a Request for Statement of Damages to determine the dollar amount

13  Plaintiff is claiming in this lawsuit. (Richman Decl. ¶ 3.) Plaintiff returned to Defendant a

14  Statement of Damages on October 23, 2007, indicating a general and special damages demand in

15  excess of $75,000. (Id.) A copy of the Statement of Damages is attached hereto as Exhibit B.

16      7.    Defendant filed an answer in state court on October 31, 2007 (the "Answer"). A

17  copy of the Answer is attached hereto as Exhibit C.

18      8.    Copies of all process, pleadings and orders served on Defendant are appended to

19  this Notice of Removal as required by 28 U.S.C. §1446.

20      9.    Removal is timely under 28 U.S.C. §1446(b) because Defendant first ascertained

21  that this case was removable on October 23, 2007.

22  Dated:  November 21 , 2007

23

24                               INTERNATIONAL PRACTICE GROUP,

25                               A PROFESSIONAL CORPORATION

26                               By
                             GUILLERMO MARRERO

27                               JOSHUA J. RICHMAN

28                               Attorneys for Defendant SEA WORLD, INC.

NOTICE OF REMOVAL TO FEDERAL COURT

**EXHIBIT  A**

Fax sent by  : 314 577 3165          AB HRSC                    10-10-07 09:27     Pg:  5/14

10/3/07  23⁰

**SUMMONS**
**(CITACION JUDICIAL)**

SUM-100

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
Sea World, Inc. and Does 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTA DEMANDANDO EL DEMANDANTE):**
Adam Canter

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>Central Branch<br>330 West Broadway, San Diego, CA 92101 | CASE NUMBER: 37-2007-00075694-CU-PO-CTL<br>(Número del Caso): |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Steven M. O'Neal (Bar # 62315)                                              Phone No.: (619) 239-0500
Law Office of Steven M. O'Neal                                              Fax No.: (619) 233-4516
2044 First Avenue, Suite 200 , San Diego, CA 92101        R. Vela
DATE:                                              Clerk, by _____, Deputy
(Fecha)          SEP 26 2007          (Secretario)                              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): SEA WORLD, INC.

under: ☒ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
        ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

LexisNexis® Automated California Judicial Council Forms

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Steven M. O'Neal  (State Bar # 62315)<br>Law Office of Steven M. O'Neal<br>2044 First Avenue, Suite 200<br>San Diego, CA 92101<br>TELEPHONE NO: (619) 239-0500    FAX NO. *(Optional)*: (619) 233-4516<br>E-MAIL ADDRESS *(Optional)*: soneal@oneal-law.com<br>ATTORNEY FOR *(Name)*: Adam Canter, Plaintiff | FOR COURT USE ONLY<br><br>*(illegible stamp)* 14<br><br>07 SEP 26  PM 1:56<br><br>CLERK *(illegible)* COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego  92101
BRANCH NAME: Central

PLAINTIFF: Adam Canter

DEFENDANT: Sea World, Inc.

[X] DOES 1 TO    10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED *(Number)*:

Type *(check all that apply)*:
☐ MOTOR VEHICLE    [X] OTHER *(specify)*: Negligence, Premises Liability
   [X] Property Damage    ☐ Wrongful Death
   [X] Personal Injury    ☐ Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded    ☐ does not exceed $10,000
   ☐ exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

**37-2007-00075694-CU-PO-CTL**

1. Plaintiff *(name or names)*: Adam Canter

   alleges causes of action against defendant *(name or names)*: Sea World, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: **5**

3. Each plaintiff named above is a competent adult
  a. ☐ except plaintiff *(name)*:
    (1) ☐ a corporation qualified to do business in California
    (2) ☐ an unincorporated entity *(describe)*:
    (3) ☐ a public entity *(describe)*:
    (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify)*:
    (5) ☐ other *(specify)*:
  b. ☐ except plaintiff *(name)*:
    (1) ☐ a corporation qualified to do business in California
    (2) ☐ an unincorporated entity *(describe)*:
    (3) ☐ a public entity *(describe)*:
    (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify)*:
    (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: Canter vs. Sea World, Inc. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

is doing business under the fictitious name (specify):

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant (name): Sea World, Inc.
    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

c. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

b. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

d. ☐ **except** defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. ☒ Doe defendants (specify Doe numbers): _____1-10_____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
    b. ☒ Doe defendants (specify Doe numbers): _____1-10_____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
    a. ☒ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
    a. ☐ has complied with applicable claims statutes, or
    b. ☐ is excused from complying because (specify):

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Canter vs. Sea World, Inc. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 24, 2007

Steven M. O'Neal
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: Canter vs. Sea World, Inc. | CASE NUMBER: |
|---|---|

_____FIRST_____    **CAUSE OF ACTION—General Negligence**    Page   **4**
(number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN- 1. Plaintiff *(name):* Adam Canter

    alleges that defendant *(name):* Sea World, Inc.

         ☒ Does   **1**   to   **10**

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* August 5, 2007
at *(place):* Performance Stage seating and viewing area, Sea World, San Diego, CA

   *(description of reasons for liability):*

Owners or possessors of land have a duty of care to protect guests and invitees from reasonably foreseeable criminal or tortious conduct of third persons on the premises. Defendant sold beer to guests who became intoxicated at Sea World. Before stage show performance, Defendant negligently and carelessly failed to exercise control over intoxicated guests, failed to take reasonable steps to protect plaintiff and other guests from the tortious criminal acts of a third party. Defendant knew or should have known that the crowd was becoming unruly and violent and that the likelihood of injury to patrons was foreseeable unless steps were taken to control the drunken unruly and violent guests. Plaintiff sustained physical injury when he was attacked and thrown to the ground by a drunk and disorderly guest.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

PLD-PI-001(4)

| SHORT TITLE: Canter vs. Sea World, Inc. | CASE NUMBER: |
|---|---|

_____SECOND_____    **CAUSE OF ACTION—Premises Liability**    Page __5__
(number)

ATTACHMENT TO    [X] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. **Plaintiff** *(name):* Adam Canter
    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
    On *(date):*    August 5, 2007    plaintiff was injured on the following premises in the following
    fashion *(description of premises and circumstances of injury):*
    Owners or possessors of land have a duty of care to protect guests and invitees from reasonably foreseeable
    criminal or tortious conduct of third persons on the premises. Defendant sold beer to guests who became
    intoxicated at Sea World. Before stage show performance, Defendant negligently and carelessly failed to exercise
    control over intoxicated guests, failed to take reasonable steps to protect plaintiff and other guests from the tortious
    criminal acts of a third party. Defendant knew or should have known that the crowd was becoming unruly and
    violent and that the likelihood of injury to patrons was foreseeable unless steps were taken to control the drunken
    unruly and violent guests. Plaintiff sustained physical injury when he was attacked and thrown to the ground by a
    drunk and disorderly guest.

Prem.L-2.  [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated
        the described premises were *(names):* Sea World, Inc.

      [X] Does ____1____ to ____10____

Prem.L-3.  [ ] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
        or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
        *(names):*

      [ ] Does _____ to _____

    Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L- 4.  [ ] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property
        on which a dangerous condition existed were *(names):*

      [ ] Does _____ to _____

    a. [ ]  The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
        dangerous condition in sufficient time prior to the injury to have corrected it.
    b. [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the
        other defendants and acted within the scope of the agency were *(names):*

      [X] Does ____1____ to ____10____

    b. [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
        [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

1  GUILLERMO MARRERO (Bar No. 099056)
   JOSHUA J. RICHMAN (Bar No. 243147)
2  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
3  1350 Columbia Street, Suite 500
   San Diego, California  92101
4  Tel (619) 515-1480
   Fax (619) 515-1481
5
   Attorneys for Defendant
6  SEA WORLD, INC.

7
                    SUPERIOR COURT OF CALIFORNIA
8
                       COUNTY OF SAN DIEGO
9
10  ADAM CANTER,                    | CASE NO.  37-2007-00075694-CU-PO-CTL

              Plaintiff,            | **REQUEST FOR STATEMENT OF DAMAGES**
11
          v.
12                                  | Action Filed:  September 26, 2007
    SEA WORLD, INC.,                | Judge:         Hon. Jay M. Bloom
13                                  | Dept.:         C-70
              Defendant.
14

15

16         Defendant Sea World, Inc. ("Defendant") hereby requests that plaintiff Adam Canter

17  ("Plaintiff") serve on it a statement setting forth the nature and amount of damages being sought

18  in his Plaintiff complaint within fifteen (15) days of the date of service of this request to counsel

19  for Defendant, INTERNATIONAL PRACTICE GROUP, P.C., located at 1350 Columbia Street,

20  Suite 500, San Diego, CA 92101. Defendant makes this request pursuant to California Code of

21  Civil Procedure § 425.11.

22  Date: October 16, 2007

23                              INTERNATIONAL PRACTICE GROUP
                                A PROFESSIONAL CORPORATION
24                              BY

25                              _____

26                              GUILLERMO MARRERO
                                JOSHUA J. RICHMAN
27                              Attorneys for Defendants

28

                                -1-

INTERNATIONAL
PRACTICE GROUP          REQUEST FOR STATEMENT OF DAMAGES

| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| International Practice Group | | | 619 515-1488 | |
| 1350 Columbia Street | | Ste. 500 | | |
| San Diego | CA | 92101 | Reference Number: | |
| Attorney For: DEFENDANT | | | 86682          35949 | |

Superior Court State of California in and for the
County of San Diego Central Division (Unlimited)

Plaintiff/Petitioner:       Canter
Defendant/Respondent:    Sea World, Inc.

| | Hearing Date: | Time: | Dept./Div.: | Case Number: |
|---|---|---|---|---|
| **PROOF OF SERVICE** | | | | 37-2007-75694-CU-PO-CTL |

DOCUMENTS:

Request for Statement of Damages

On 10/15/2007 at 4:30pm, I served the above entitled documents by personally
delivering them to the person(s) indicated below in the manner as provided by Civil Code
of Procedure 1011.

Entity:    Steven M. O'Neal, Esq.

Addres:    2044 1st Avenue Ste. 200
           San Diego, CA 92101.

by delivering the copies to:       Monica Marin,   Title: Receptionist
Description:

Date Served:       10/15/2007
Time Served:        4:30pm

7. Person Serving  (name, address, and telephone No.):

# Central Attorney Service, Inc.
### 1241 State Street
### San Diego, CA 92101
#### (619)233-3344 Fax (619)233-3350

Fee for service: $    $35.00

Glenn Jakstis

Registered California process server:

(i) owner

(ii) Registration No.:  1025

(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  10/17/2007

                                                              (Signature)

**Proof of Service**                    Code Civil Procedure 417.10(f)

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

**CIV-050**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Steven M. O'Neal   (State Bar # 62315)<br>Law Office of Steven M. O'Neal<br>2044 First Avenue, #200<br>San Diego, CA 92101 | (619) 239-0500<br>FAX NO.:<br>(619) 233-4516 | |

ATTORNEY FOR *(name)*: Adam Canter, Plaintiff

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central

PLAINTIFF: Adam Canter
DEFENDANT: Sea World, Inc.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>37-2007-00075694-CU-PO-CTL |
|---|---|

To *(name of one defendant only)*: Sea World, Inc.
Plaintiff *(name of one plaintiff only)*: Adam Canter
seeks damages in the above-entitled action, as follows:

AMOUNT

**1. General damages**

a. ☒ Pain, suffering, and inconvenience ............................................................... $ *100,000 A*

b. ☒ Emotional distress. ........................................................................................ $ *100,000*

c. ☐ Loss of consortium ........................................................................................ $ _____

d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ................... $ _____

e. ☐ Other *(specify)* ............................................................................................... $ _____

f. ☐ Other *(specify)* ............................................................................................... $ _____

g. ☐ Continued on Attachment 1.g.

**2. Special damages**

a. ☒ Medical expenses *(to date)* ........................................................................... $ *10,000 Approx.*

b. ☒ Future medical expenses *(present value)* ...................................................... $ *UNKNOWN*

c. ☒ Loss of earnings *(to date)* ............................................................................. $ *10,000 Approx*

d. ☒ Loss of future earning capacity *(present value)* ............................................. $ *UNKNOWN*

e. ☐ Property damage ............................................................................................ $ _____

f. ☐ Funeral expenses *(wrongful death actions only)* ............................................. $ _____

g. ☐ Future contributions *(present value) (wrongful death actions only)* ................. $ _____

h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ...... $ _____

i. ☐ Other *(specify)* ............................................................................................... $ _____

j. ☐ Other *(specify)* ............................................................................................... $ _____

k. ☐ Continued on Attachment 2.k.

**3.** ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
when pursuing a judgment in the suit filed against you.

Date:

Steven M. O'Neal
(TYPE OR PRINT NAME)

▶ *Steven M. O'Neal*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

*LexisNexis® Automated California Judicial Council Forms*

1          **PROOF OF SERVICE**

2    **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

3    *CANTER v. SEA WORLD, INC.*

4    **Case No.:**    37-2007-00075694-CU-PO-CTL

5          I am a resident of the county aforesaid; I am over the age of eighteen years and
6    not a party to the within entitled action; my business address is 2044 First Avenue, Suite
     200, San Diego, California 92101.

7          On the date noted below, I served the within **STATEMENT OF DAMAGES** on
8    the interested parties listed below:

9    **Attorneys for Defendant, Sea World, Inc.:**
     Joshua J. Richman, Esq.
10   **International Practice Group**
     A Professional Corporation
11   1350 Columbia Street, #500
     San Diego, CA 92101
12   (619) 515-1480
     (619) 515-1481 - fax

13
         [ **X** ] **BY MAIL** - as follows: I am "readily familiar" with the firm's practice of
14   collection and processing correspondence for mailing. Under that practice, it would be
     deposited with the United States Postal Service on that same day with postage thereon
15   fully prepaid at San Diego, California, in the ordinary course of business. I am aware
     that on motion of the party served, service is presumed invalid if postal cancellation date
16   or postage meter date is more than one day after date of deposit for mailing in affidavit.

17       [ ] **BY FACSIMILE** - I personally sent to the addressee's facsimile number as
     listed above a true copy of the above-described documents. Thereafter, I sent a true
18   copy in a sealed envelope addressed and mailed as indicated above.

19       [ ] **BY PERSONAL DELIVERY** - I personally served on the person listed
     above a true copy of the above-described documents.
20
21       I declare, under penalty of perjury under the laws of the State of California that
     the foregoing is true and correct. Executed on October 23, 2007, San Diego, California.

22

23

24   _____
     ROBIN O'NEAL, Declarant
25

**PROOF OF SERVICE**

**EXHIBIT C**

GUILLERMO MARRERO (Bar No. 099056)
JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California 92101
Tel (619) 515-1480
Fax (619) 515-1481

Attorneys for Defendant
SEA WORLD, INC.

FILED
CIVIL BUSINESS OFFICE 16
CENTRAL DIVISION

07 OCT 31  PM 2: 00

SUPERIOR COURT
SAN DIEGO COUNTY, CA

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| ADAM CANTER,<br><br>       Plaintiff,<br><br>   v.<br><br>SEA WORLD, INC.,<br><br>       Defendant. | CASE NO.  37-2007-00075694-CU-PO-CTL<br><br>**ANSWER**<br><br><br>Action Filed:  September 26, 2007<br>Judge:      Hon. Jay M. Bloom<br>Dept.:      C-70 |

Defendant SEA WORLD, INC. ("Defendant") answers ADAM CANTER'S ("Plaintiff")
unverified complaint as follows:

<u>GENERAL DENIAL</u>

Under the provisions of Section 431.30 of the Code of Civil Procedure of the State of
California, Defendant denies generally, each and every allegation of Plaintiff's complaint in its
entirety, including every purported cause of action contained in Plaintiff's complaint, and denies
that Plaintiff has or will sustain injuries or damages in the sum or sums alleged, or in any other
sum or sums, or at all.

Further, Defendant denies that Plaintiff has sustained or will sustain, any injury, damage,
or loss, if any, by reason of any acts, omissions, alleged fault or negligence on the part of
Defendant upon which to base any cause of action whatsoever, including all causes of action pled
by Plaintiff in his complaint.

-1-

1     <u>SEPARATE AFFIRMATIVE DEFENSES</u>

2     As a further answer to Plaintiff's complaint, Defendant asserts the following affirmative

3 defenses:

4     I.

5     <u>FAILURE TO STATE CAUSE OF ACTION</u>

6     (TO ALL CAUSES OF ACTION)

7     Plaintiff's complaint fails to state a claim upon which relief can be granted and/or facts

8 sufficient to constitute any valid cause of action against this answering Defendant.

9     II.

10     <u>FAILURE TO MITIGATE DAMAGES</u>

11     (TO ALL CAUSES OF ACTION)

12     Defendant is informed and believes, and thereon alleges, that Plaintiff has failed to act

13 reasonably to mitigate the damages he has alleged.

14     III.

15     <u>ASSUMPTION OF RISK</u>

16     (TO ALL CAUSES OF ACTION)

17     Defendant is informed and believes, and thereon alleges, that any damages suffered by

18 Plaintiff were proximately caused by a risk, which the Plaintiff by his actions voluntarily

19 assumed.

20     IV.

21     <u>FAIR RESPONSIBILITY ACT OF 1986</u>

22     (AS TO ALL CAUSES OF ACTION)

23     Without admitting Defendant has the burden of proof on this or any related issue,

24 Defendant denies any liability to Plaintiff and further alleges that under the Fair Responsibility

25 Act of 1986, liability for general damages, if any, is limited to each person, party or entity's

26 proportionate share of liability or responsibility, if any.

27     ////

28     ////

1

## V.

2

<u>NEGLIGENCE OF THIRD PARTIES</u>

3

(AS TO ALL CAUSES OF ACTION)

4    Defendant alleges that at the time and place referred to in the complaint, a third party or

5  parties acted negligently so as to cause the accident and alleged injuries referred to in the

6  complaint, and that the negligence proximately caused and/or contributed to Plaintiff's damages,

7  if any.

8

## VI.

9

<u>COMPARATIVE NEGLIGENCE</u>

10

(AS TO ALL CAUSES OF ACTION)

11    Defendant alleges that at the time and place referred to in the complaint, Plaintiff

12  negligently conducted himself so as to cause the accident referred to in the complaint.

13

## VII.

14

<u>RIGHT TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES</u>

15

(TO ALL CAUSES OF ACTION)

16    Defendant reserves the right to amend this response and assert additional affirmative

17  defenses and reserves the right to cross-claim against Plaintiff, any other named defendant, or any

18  other third parties.

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

INTERNATIONAL
PRACTICE GROUP

PRAYER

WHEREFORE, the Defendant prays for judgment as follows:

1. That Plaintiff take nothing by his complaint and not be granted any relief;

2. That Plaintiff's complaint be dismissed with prejudice;

3. That Defendant be awarded costs of suit, including attorneys fees, incurred herein; and

4. For such other and further relief as this court may deem proper.

DEMAND FOR JURY TRIAL

Defendant hereby demands trial by jury.

Dated: October _31_ , 2007

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By _____
GUILLERMO MARRERO
JOSHUA J. RICHMAN
Attorneys for Defendant SEA WORLD, INC.

INTERNATIONAL
PRACTICE GROUP

-4-

ANSWER

1 | GUILLERMO MARRERO (Bar No. 099056)
JOSHUA J. RICHMAN (Bar No. 243147)

FILED
CIVIL BUSINESS OFFICE 16
CENTRAL DIVISION

07 OCT 31  PM 2:00

SUPERIOR COURT
SAN DIEGO COUNTY, CA

2 | **INTERNATIONAL PRACTICE GROUP**
A Professional Corporation

3 | 1350 Columbia Street, Suite 500
San Diego, California 92101

4 | Tel (619) 515-1480
Fax (619) 515-1481

5 |

6 | Attorneys for Defendant
SEA WORLD, INC.

7 |

8 |

9 | SUPERIOR COURT OF CALIFORNIA

10 | COUNTY OF SAN DIEGO

11 | ADAM CANTER,      CASE NO. 37-2007-00075694-CU-PO-CTL
         Plaintiff,

12 |      **PROOF OF SERVICE OF ANSWER**

13 |      v.      Action Filed: September 26, 2007
Judge:      Hon. Jay M. Bloom

14 | SEA WORLD, INC.,      Dept.:      C-70

15 |          Defendant.

16 | I, Kristina De la Rosa, certify and declare as follows:

17 | I am over the age of 18 years and not a party to this action.

18 | My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

19 | located in the city, county and state where the mailing described below took place.

20 | **SERVICE BY MAIL:** On <u>October 31, 2007</u>, I served the documents listed in Appendix

21 | A, attached to this Proof of Service, by enclosing them in an envelope and depositing the sealed

22 | envelope with the United States Postal Service with the postage fully prepaid. The envelope was

23 | addressed and mailed as follows:

24 | **Steven M. O'Neal, Esq.**

25 | **2044 1ˢᵗ Avenue, Suite 200**

26 | **San Diego, CA 92101**

27 | I declare under penalty of perjury that the foregoing is true and correct.

28 | //

-1-

INTERNATIONAL
PRACTICE GROUP

**PROOF OF SERVICE OF ANSWER**

1  Executed on <u>October 31, 2007</u>

2  Kristina De La Rosa

3

4

5  **<u>Appendix A</u>**

6  The documents that were served are as follows:

7  1. ANSWER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INTERNATIONAL
PRACTICE GROUP

-2-

**PROOF OF SERVICE OF ANSWER**

```
 1  GUILLERMO MARRERO (Bar No. 099056)
    (gmarrero@ipglaw.com)
 2  JOSHUA J. RICHMAN (Bar No. 243147)
    (jrichman@ipglaw.com)
 3  INTERNATIONAL PRACTICE GROUP
    A Professional Corporation
 4  1350 Columbia Street, Suite 500
    San Diego, California  92101
 5  Tel (619) 515-1480
    Fax (619) 515-1481
 6
    Attorneys for Defendant
 7  SEA WORLD, INC.
```

FILED

07 NOV 21  PM 2: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

ADAM CANTER,

    Plaintiff,

    v.

SEA WORLD, INC.,

    Defendant.

CASE NO. 07CV 2227 WQH (POR)

**CERTIFICATE OF SERVICE**

I, Kristina De La Rosa, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1350 Columbia Street, Suite 1520, San Diego, CA 92101, which is located in the city, county and state where the mailing described below took place.

On November 21, 2007, I deposited a sealed envelope with the postage fully prepaid in the United States Mail at my business address a copy of the following documents:

    1.    Notice to Adverse Party of Removal to Federal Court

    2.    Notice of Removal of Action

    3.    Declaration of Joshua J. Richman in Support of Notice of Removal of Action

The envelope was addressed and mailed as follows:

**Steven M. O'Neal**

**2044 1st Avenue, Suite 500**

**San Diego. CA 92101**

-1-

INTERNATIONAL PRACTICE GROUP

CERTIFICATE OF SERVICE

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on November 21, 2007

3

4                                                                    Kristina De La Rosa

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Adam Canter

## DEFENDANTS

Sea World, Inc.

07 NOV 21 PM 2: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**07CV 2227 WQH (POR)**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Law Offices of Steven M. O'Neal, 619.239.0500
Steven M. O'Neal, 2044 1st Avenue, Suite 500, San Diego, CA 92101

Attorneys (If Known)

IPG, 1350 Columbia Street, San Diego, CA 92101, 619.515.1480

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Med. Malpractice | ☐ 625 Drug Related Seizure |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |    Liability    ☐ 365 Personal Injury - |    of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|    & Enforcement of Judgment |    Slander    ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent |    Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |    Liability    Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|    Student Loans | ☐ 340 Marine    **PERSONAL PROPERTY** |    Safety/Health | | ☐ 490 Cable/Sat TV |
|    (Excl. Veterans) | ☐ 345 Marine Product    ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |    Liability    ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |    Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    Property Damage |    Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |    Product Liability    ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |    12 USC 3410 |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal    Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |    Injury |    & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting    ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment    Sentence | ☐ 791 Empl. Ret. Inc. |    or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/    **Habeas Corpus:** |    Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |    Accommodations    ☐ 530 General | |    26 USC 7609 |    Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare    ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | | |    Under Equal Access |
| |    Employment    ☐ 550 Civil Rights | | |    to Justice |
| | ☐ 446 Amer. w/Disabilities -    ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| |    Other | | |    State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28USC1332

Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE
11/21/2007

SIGNATURE OF ATTORNEY OF RECORD

RECEIPT # 144750   AMOUNT $350   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

SEA 11/21/07

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 144756     — SH

November 21, 2007
14:12:05

Civ Fil Non-Pris
07-02227
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC7091

Total—>   $350.00

FROM: CANTER V. SEA WORLD INC