```
GUILLERMO MARRERO (Bar No. 099056)
(gmarrero@ipglaw.com)
JOSHUA J. RICHMAN (Bar No. 243147)
(jrichman@ipglaw.com)
INTERNATIONAL PRACTICE GROUP
A Professional Corporation
1350 Columbia Street, Suite 500
San Diego, California  92101
Tel (619) 515-1480
Fax (619) 515-1481

Attorneys for Defendant
SEA WORLD, INC.
```

FILED
07 NOV 21 PM 2: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CANTER,<br><br>    Plaintiff,<br><br>v.<br><br>SEA WORLD, INC.,<br><br>    Defendant. | CASE NO. 07 CV 2227 WQH (POR)<br><br>**DECLARATION OF JOSHUA J. RICHMAN IN SUPPORT OF DEFENDANT SEA WORLD, INC.'S NOTICE OF REMOVAL** |

I, Joshua J. Richman, declare:

　　1.　　I am an attorney licensed to practice law before all courts of the State of California and I am associated with the law firm of International Practice Group, P.C., which is counsel for Defendant Sea World, Inc. ("Defendant") in this lawsuit.

　　2.　　Defendant is incorporated in the State of Delaware. Defendant's principal place of business is in the State of Florida.

　　3.　　On or about October 15, 2007, I caused to be served on counsel for Plaintiff Adam Canter ("Plaintiff") a Request for Statement of Damages under California Code of Civil Procedure §425.11. On or about October 23, 2007, I received from Plaintiff a Statement of Damages indicating a demand for general and special damages in excess of $75,000.

　　I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct and that this Declaration was executed on November 21, 2007.

_____
JOSHUA J. RICHMAN

-1-