UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CANTER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SEA WORLD, INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   07cv2227-WQH (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION** |

On December 19, 2007, counsel for both parties contacted the Court and requested that the Early Neutral Evaluation currently set for January 22, 2008 be rescheduled. Plaintiff's counsel represented that the current date presents a calendaring conflict. Based on discussions with counsel and their stipulation, the Court hereby reschedules the Early Neutral Evaluation to **January 25, 2008** at **9:30 a.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: December 20, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　　The Honorable William Q. Hayes
　　　　　all parties

- 1 -　　　　　　　　　　　　　　　　　　　　　　　07cv2227