UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CANTER,<br><br>                              Plaintiff,<br><br>     v.<br><br>SEA WORLD, INC.,<br><br>                              Defendant. | Civil No.   07cv2227-WQH (POR)<br><br>**ORDER REGARDING RULE 26 DATES** |

On January 25, 2008, the Court held an Early Neutral Evaluation.  Steven O'Neal, counsel for Plaintiff, and Guillermo Marrero, counsel for Defendant, appeared before the Court.  The case did not settle.  After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. Based on the parties' stipulation, discovery is open effective **January 25, 2008**.
2. The Rule 26(f) conference shall be completed on or before **February 15, 2008**.
3. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter by email to efile_porter@casd.uscourts.gov on or before **February 29, 2008**.
4. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **March 7, 2009**.
5. A Settlement Conference shall be held on **March 19, 2008** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California.  All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter

into settlement shall appear in person at the conference. If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

6. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

7. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: January 25, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable William Q. Hayes
    all parties