UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADAM CANTER, | Civil No.   07cv2227-WQH (POR) |
|---|---|
| Plaintiff, | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| v. | |
| SEA WORLD, INC., | |
| Defendant. | |

On March 19, 2008, the Court held a Settlement Conference. Appearing before the Court were: Steve O'Neal, Esq., counsel for Plaintiff; Plaintiff Adam Canter; Guillermo Marrero, Esq. and Joshua Richman, Esq., counsel for Defendant; and Lisa Davis, a representative of Defendant Sea World, Inc. The case did not settle. Based on discussions with counsel and the parties, the Court hereby schedules a Settlement Conference on **April 14, 2008** at **1:30 p.m.** The conference shall be telephonic, with attorneys only. Counsel for Defendant shall initiate and coordinate the call. If the case does not settle at the conference, a Case Management Conference will follow immediately thereafter.

DATED: March 20, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable William Q. Hayes
        all parties