UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ADAM CANTER, | Civil No.  07cv2227-WQH (POR) |
|---|---|
| Plaintiff, | **ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| SEA WORLD, INC., | |
| Defendant. | |

On April 11, 2008, counsel for all parties contacted the Court and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Settlement Conference set for April 14, 2008 is hereby vacated.

2. A Joint Motion for Dismissal shall be submitted to the Honorable William Q. Hayes on or before **May 2, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

3. If a Joint Motion for Dismissal is not submitted on or before May 2, 2008, then a Settlement Disposition Conference shall be held on **May 5, 2008,** at **9:30 a.m.** before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

4. If a Joint Motion for Dismissal is received on or before May 2, 2008, the Settlement

///

1 | Disposition Conference shall be VACATED without further court order.

2

3

4 | DATED: April 14, 2008

5

6 | _____
LOUISA S PORTER
United States Magistrate Judge

7

8 | cc: The Honorable William Q. Hayes
all parties

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28