UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| ADAM CANTER, | CASE NO. 07cv2227-WQH (POR) |
|---|---|
| Plaintiff, | **JOINT MOTION AND STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| SEA WORLD, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure section 41(a)(1)(A)(ii), Plaintiff Adam Canter and Defendant Sea World, Inc., together request that this Court issue an order dismissing the above captioned case with prejudice. This Joint Motion and Stipulation to Dismiss with Prejudice is made with reference to the following:

A. On September 26, 2007, Plaintiff filed a complaint against Defendant and Does 1 through 10, in the San Diego Superior Court (Case Number 37-2007-00075694-CU-PO-CTL).

B. On November 21, 2007, Defendant filed a Notice of Removal, removing the Superior Court case referenced in subparagraph A to this Federal District Court, which assigned it case number 07cv2227-WQH (POR).

C. On or about April 11, 2008, Plaintiff and Defendant settled the case.

THEREFORE the parties, through their designated counsel, request that this Court enter a dismissal with prejudice of the above-captioned action with each party bearing its own fees and costs.

-1-

1  DATED: April 20, 2008

| Law Offices of Steven M. O'Neal, Esq | International Practice Group, P.C. |
| --- | --- |
| By | By |
| *[signature]* | *[signature]* |
| Steven M. O'Neal, Esq | Guillermo Marrero |
| Attorney for Plaintiff Adam Canter | Joshua J. Richman |
|  | Attorneys for Defendant Sea World, Inc. |

-2-

JOINT MOTION AND STIPULATION TO DISMISS WITH PREJUDICE