# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CANTER,<br><br>    Plaintiff,<br>vs.<br>SEA WORLD, INC.,<br><br>    Defendant. | CASE NO. 07cv2227 WQH (POR)<br><br>**ORDER** |

HAYES, Judge:

The Joint Motion to Dismiss with Prejudice (Doc. # 10) filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is **GRANTED.** The above-captioned action is **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

DATED: April 23, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge